NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1206

AMY HANEY BROUSSARD

VERSUS

JEFFREY BROUSSARD

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 215,618,
HONORABLE B. DEXTER RYLAND, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and J. David Painter, Judges.

AFFIRMED.

Richard E. Lee
Attorney at Law
810 Main Street
Pineville, LA  71360
(318) 448-1391
COUNSEL FOR PLAINTIFF/APPELLEE:
    Amy Haney Broussard

Michael H. Davis
Davis & Saybe, LLP
2017 MacArthur Drive
Building 4, Suite A
Alexandria, LA  71301
(318) 445-3621

**COUNSEL FOR DEFENDANT/APPELLANT:**
    Jeffrey Broussard